

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00103-CV

| | | |
|---|---|---|
| HARRIET NICHOLSON, Appellant | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-305585-19) |
| V. | § | January 16, 2020 |
| DAVID STOCKMAN, DONNA STOCKMAN, AND DENISE BOERNER, Appellees | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's November 2, 2018 order granting summary judgment or in the trial court's January 17, 2019 order granting the motion to sever. It is ordered that the trial court's orders are affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel